## IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES,** | } |
|     **Plaintiff,** | } |
| | } |
| **Vs.** | } Case No. **2:07-cr-202-1** |
| | } |
| **PATRICK PERRY,** | } |
|     **Defendant.** | } |

## MOTION TO CONTINUE DETENTION HEARING

COMES NOW, the Defendant, by and through his attorney of record, hereby request that the Detention hearing in the above cause of action previously scheduled for 2:00 p.m. , November 9, 2007 be continued until the next available court date.  In support of said motion, the Defendant would offer the following:

(1) Attorney for the Defendant is currently out of the State of Alabama and will not be able to attend said hearing.

(2) The Defendant does not have any objection to said continuance, and is aware that undersigned counsel is out of state and unable to attend the scheduled hearing.

(3) The United States Attorney's Office for the Middle District of Alabama has been notified of the foregoing motion and has previously provided the Defendant with discovery in the above cause.

WHEREFORE the Defendant respectfully requests that the above cause of action be continued until the next available court date.

Respectfully submitted on this the 8th day of November, 2007.


Michael L. Kidd          (KID001)
Attorney for the Defendant
22 Scott Street
Montgomery, AL  36104
334.834.5433

<u>CERTIFICATE OF SERVICE</u>

The forgoing Motion to Continue Detention Hearing has been electronically served upon Assistant United States Attorney, Jerusha Adams, on this the 8th day of November, 2007.

<u>Michael L. Kidd</u>
Counsel for the Defendant