IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07CR202-MEF |
| | ) | |
| PATRICK PERRY | ) | |

### **ORDER**

Upon consideration of the motion to continue detention hearing (doc. # 11) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED and that the detention hearing previously set on November 9, 2007, be and is hereby CONTINUED to November 16, 2007 at 1:30 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The persons having custody of the defendant shall produce him for the hearing.

Done this 9th day of November, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE