**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No. 2:07-cr-0202-MEF** |
| | } | |
| **PATRICK PERRY,** | } | |
| **Defendant.** | } | |

**<u>DEFENDANT'S MOTION TO CONTINUE</u>**

COMES NOW, the Defendant by and through his attorney of record the honorable Michael L. Kidd, hereby respectfully request that this honorable court continue the above cause of action until the next available trial date. In support of said motion, the Defendant would offer the following:

1.    The above cause of action is set for trial on January 14, 2008.

2.    The Defendant was provided this with additional discovery this week and is currently in the process of reviewing said discovery.

3.    Said Defendant is cooperating with the Government and more time is needed in order for the Defendant to assist the Government in other investigations.

4.    Prior to the filing of said Motion counsel for the Defendant spoke with the prosecution and the prosecution has no objection to the continuance being granted.

WHEREFORE, the Defendant would respectfully request that the above cause of action be continued until the next available trial date.

Respectfully submitted on this the $20^h$ day of December, 2007.

S/ Michael L. Kidd
**MICHAEL L. KIDD (KID001)**
Attorney for the Defendant
22 Scott Street
Montgomery, AL  36104
Telephone:     (334) 834.5433
Facsimile:     (334) 265.1926
uakidd@netzero.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jerusha Adams
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101

s/ Michael L. Kidd
**of COUNSEL**