IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-202-MEF |
| | ) | |
| PATRICK PERRY | ) | |

## NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant Patrick Perry with notice of information of at least one prior felony drug conviction for the purpose of increased punishment in accordance with Title 21, United States Code, Sections 841(b)(1)(B)(ii) and (iii), 841(b)(1)(C) and 851. The prior conviction is as follows:

1. The defendant, in case number # 93-269-N, was convicted on or about December 6, 1993, in the United States District Court for the Middle District of Alabama, of attempting to possess with intent to distribute approximately one kilogram of cocaine and distribution of 126.2 grams of cocaine, crimes punishable by imprisonment for a term exceeding one year under federal law.

2. The enhancement as applied in this case requires the mandatory imposition of a sentence of imprisonment of not less than 10 years and no more than life, a fine of not more than $4,000,000, and not less than 8 years supervised release; and, the mandatory imposition of a sentence of imprisonment of not more than 30 years, a fine of not more than $2,000,000, and not less than 6 years supervised release. As disclosed in previous correspondence to defense counsel, the United States intends to introduce this conviction during the trial of the instant case, where admissible

pursuant to applicable federal law.

    Respectfully submitted this 21st day of December, 2007.

                                           LEURA G. CANARY
                                           UNITED STATES ATTORNEY

                                           /s/ Jerusha T. Adams
                                           JERUSHA T. ADAMS
                                           Assistant United States Attorney
                                           Post Office Box 197
                                           Montgomery, Alabama 36101-0197
                                           334-223-7280 phone    334-223-7135   fax
                                           jerusha.adams@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-202-MEF |
| | ) | |
| PATRICK PERRY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael L. Kidd.

Respectfully submitted,

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone    334-223-7135   fax
jerusha.adams@usdoj.gov