IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07cr202-MEF |
| ) | |
| PATRICK PERRY  ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner filed on January 14, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of Patrick Perry, from January 16, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Mike Drummond, HIDTA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 14th day of January, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE