IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr202-MEF |
| | ) | |
| PATRICK PERRY | ) | |

**ORDER**

Upon consideration of the government's motion for release of prisoner (Doc. #25) filed on January 17, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of Patrick Perry from January 31, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Bret Hamilton, DEA, or Eddie Spivey, TFA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 5th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE