# I IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | } |
| Plaintiff, | } |
| | } |
| v. | } Case No. 2:07-cr-0202-MEF |
| | } |
| **PATRICK PERRY,** | } |
| Defendant. | |

## DEFENDANT'S MOTION TO WITHDRAW PLEA OF GUILTY

COMES NOW, Patrick Perry, by and through his attorney of record, Michael L. Kidd, hereby respectfully request that he be allowed to withdraw his initial plea from arraignment of not guilty and enter a guilty plea before this honorable court. Said defendant has no objection to entering said plea before the United States Magistrate Judge.

Respectfully submitted on this the 25th day of February, 2008.

S/ Michael L. Kidd
**MICHAEL L. KIDD (KID001)**
Attorney for the Defendant
22 Scott Street
Montgomery, AL  36104
Telephone:   (334) 834.5433
Facsimile:    (334) 265.1926
uakidd@netzero.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

United States Attorney
Post Office Box 197
Montgomery, AL  36101

s/ Michael L. Kidd
**of COUNSEL**