IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr202-MEF |
| | ) |
| PATRICK PERRY | ) |

**MOTION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Patrick Perry into the custody of Jim Tynan, USPIS, and/or Trevor Fenwick, U.S. Secret Service, and/or Jennifer Rudden, ATF, and/or Louie Wilson, IRS, and/or Mike Drummond, MPD, from May 21, 2008, through August 21, 2008, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing Jim Tynan, USPIS, and/or Trevor Fenwick, U.S. Secret Service, and/or Jennifer Rudden, ATF, and/or Louie Wilson, IRS, and/or Mike Drummond, MPD, to return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Respectfully submitted this the 20th day of May, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Jerusha T. Adams
JERUSHA T. ADAMS
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07cr202-MEF |
| ) | |
| PATRICK PERRY ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Lee Kidd, Esq.

Respectfully submitted,

/s/Jerusha T. Adams
JERUSHA T. ADAMS
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr202-MEF |
| | ) | |
| PATRICK PERRY | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on May 20, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Patrick Perry, from May 21, 2008, through August 21, 2008, so that Jim Tynan, USPIS, and/or Trevor Fenwick, U.S. Secret Service, and/or Jennifer Rudden, ATF, and/or Louie Wilson, IRS, and/or Mike Drummond, MPD, can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Jim Tynan, USPIS, and/or Trevor Fenwick, U.S. Secret Service, and/or Jennifer Rudden, ATF, and/or Louie Wilson, IRS, and/or Mike Drummond, MPD, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of May, 2008.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE