IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.   ) | CR. NO. 2:07cr202-MEF |
| ) | |
| PATRICK PERRY   ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner filed on May 20, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of Patrick Perry, from May 21, 2008, through August 21, 2008, so that Jim Tynan, USPIS, and/or Trevor Fenwick, U.S. Secret Service, and/or Jennifer Rudden, ATF, and/or Louie Wilson, IRS, and/or Mike Drummond, MPD, can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Jim Tynan, USPIS, and/or Trevor Fenwick, U.S. Secret Service, and/or Jennifer Rudden, ATF, and/or Louie Wilson, IRS, and/or Mike Drummond, MPD, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 20th day of May, 2008.

                                                /s/Charles S. Coody
                                            CHARLES S. COODY
                                            UNITED STATES MAGISTRATE JUDGE