IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-202-MEF |
| | ) | |
| PATRICK PERRY | ) | |

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE
FOR SUBSTANTIAL ASSISTANCE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to the United States Sentencing Commission, Guidelines Manual, Section 5K1.1, respectfully request this Honorable Court to downwardly depart 12 months in the sentence that would otherwise be imposed on Defendant Patrick Perry, and as reasons therefore, submits the following:

The United States herein states that Perry has provided substantial assistance in the investigation of this case and investigation of other individuals in this district. Perry also has made himself available for subsequent debriefings, and the United States submits that he has, at all times, been truthful with federal investigators.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure of 12 months from the defendant's proposed sentence.

Respectfully submitted this 29th day of May, 2008.

                                                      LEURA G. CANARY
                                                      UNITED STATES ATTORNEY

                                                      /s/ Jerusha T. Adams
                                                      JERUSHA T. ADAMS
                                                      Assistant United States Attorney
                                                      Post Office Box 197

Montgomery, Alabama 36101-0197
334-223-7280 phone    334-223-7135   fax
jerusha.adams@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-202-MEF |
| | ) | |
| PATRICK PERRY | ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael L. Kidd.

Respectfully submitted,

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone   334-223-7135   fax
jerusha.adams@usdoj.gov